**SET ASIDE AND REMANDED and Opinion Filed October 5, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00706-CV**

**PATRICIA HUGHES, Appellant**

**V.**

**DESOTO SURGICARE PARTNERS, LTD.,
TEXAS HEALTH VENTURES GROUP, LLC, AND
UNITED SURGICAL PARTNERS INTERNATIONAL, INC., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-02334-L**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Francis

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences and ask that we vacate the trial court's judgment and dismiss the appeal. We grant the parties' motion to the extent that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

150706F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PATRICIA HUGHES, Appellant

No. 05-15-00706-CV      V.

DESOTO SURGICARE PARTNERS, LTD.,
TEXAS HEALTH VENTURES GROUP, LLC,
AND UNITED SURGICAL PARTNERS
INTERNATIONAL, INC., Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-02334-L.
Opinion delivered by Justice Francis. Justices
Bridges and Myers participating.

     In accordance with this Court's opinion of this date, the trial court's judgment is **SET ASIDE** without regard to the merits and the case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

     Subject to any agreement between the parties, it is **ORDERED** that appellees DESOTO SURGICARE PARTNERS, LTD., TEXAS HEALTH VENTURES GROUP, LLC, AND UNITED SURGICAL PARTNERS INTERNATIONAL, INC. recover their costs of this appeal from appellant PATRICIA HUGHES.

Judgment entered October 5, 2015.

–2–